No. 421. CALIFORNIA TEXAS OIL Co., LTD. ET AL. *v.* KIRKLAND, U. S. DISTRICT JUDGE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Leo T. Kissam, Lloyd N. Cutler* and *Albert E. Van Dusen* for the California Texas Oil Co., Ltd., *George S. Leisure* and *Goldthwaite H. Dorr* for the Socony-Vacuum Oil Co., Inc., *John T. Cahill* and *John F. Sonnett* for the Standard Oil Co. of California, *Oscar John Dorwin, S. A. L. Morgan* and *John J. Wilson* for the Texas Company, and *George W. Ray, Jr., John Noble* and *Lowell Wadmond* for the Arabian American Oil Co., petitioners. *Acting Solicitor General Stern, Acting Assistant Attorney General Clapp, Leonard J. Emmerglick* and *Ralph S. Spritzer* for the United States in opposition.

No. 437. RAZETE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Harry Kasfir* for petitioner. *Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 3, Misc. PIANEZZI *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 6, Misc. ROBINSON *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Eugene Stanley* for petitioner.

No. 117, Misc. WILLIAMSON *v.* OKLAHOMA. Court of Criminal Appeals of Oklahoma. Certiorari denied. Petitioner *pro se. Mac Q. Williamson,* Attorney General of